AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Vy Thang

JUDGMENT IN A CIVIL CASE

v.

John Gay

CASE NUMBER: CV-07-235-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Petition is DISMISSED With Prejudice as untimely under 28 USC 2244(d)(1) and Petitioner did not comply with the directive to amend petition.

01/15/08  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Vikki Johnson  
*(By) Deputy Clerk*  
Vikki Johnson